**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Octavio Rodriguez<br><br>Debtor(s) | Case No. 16 B 16848 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 05/18/2016.

2)  The plan was confirmed on NA.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)  The case was Converted on 08/30/2016.

6)  Number of months from filing to last payment: 2.

7)  Number of months case was pending: 8.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $497.68 |
| Less amount refunded to debtor | $452.78 |

**NET RECEIPTS:** $44.90

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $19.90 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $19.90

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Alejandro Medina | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Alejandro Medina | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Alfredo Ramierz Fernandes | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| American Eagle Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| American Eagle Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Armando Silva | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Bp Oil / Ctibank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Byline Bank | Unsecured | 73,064.00 | NA | NA | 0.00 | 0.00 |
| Byline Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Byline Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Carlos G. Becerra | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Carlos G. Becerra | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Carlos G. Becerra | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Carlos G. Becerra | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Carlos G. Becerra | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Carlos G. Becerra | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Carlos Law Group, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Cesar Martinez | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 1,232.00 | NA | NA | 0.00 | 0.00 |
| Citibank / Sears | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Citibank/Best Buy | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Citibank/Best Buy | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Citibank/Best Buy | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Citibank/the Home Depot | Unsecured | 1,583.00 | NA | NA | 0.00 | 0.00 |
| Citibank/the Home Depot | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Citibank/the Home Depot | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Citicorp Credit Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Clerk of The US Bankruptcy Ct | Secured | 0.00 | 25.00 | 25.00 | 25.00 | 0.00 |
| Comenity Bank/Express | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Eduardo Medina | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Emily Jenkinson, Esq | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fidel Flores | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gabriel Castillo Garcial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Genoveva DeAmicis | Priority | 21,600.00 | NA | NA | 0.00 | 0.00 |
| Hugo Macedo | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Emergency Medical Special | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 8,974.84 | 8,974.84 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 6,058.00 | 12,520.86 | 12,520.86 | 0.00 | 0.00 |
| Juan M. Soliz | Unsecured | 17,500.00 | NA | NA | 0.00 | 0.00 |
| Juventino Ambros | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Kenneth J Donkel | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| Maria G. Barva | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Miguel Angel Fernandez | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Mortgage Service Cente | Unsecured | 119,221.00 | NA | NA | 0.00 | 0.00 |
| Pedro Berrera | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Pedro Cevantes, Esq | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas Light & Coke Company | Unsecured | 364.00 | NA | NA | 0.00 | 0.00 |
| PHH Mortgage | Unsecured | 1,424.17 | NA | NA | 0.00 | 0.00 |
| Sachs Earnest & Associates for | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| Savino Cevantes | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| South Central Bank & T | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| South Central Bank & T | Unsecured | 131,431.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank / JC Penneys | Unsecured | 2.00 | NA | NA | 0.00 | 0.00 |
| Synchrony Bank/Sams Club | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Target | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Thd/Cbna | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Toyota Financial Services | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $25.00 | $25.00 | $0.00 |
| **TOTAL SECURED:** | **$25.00** | **$25.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $12,520.86 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$12,520.86** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$8,974.84** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $19.90 |
| Disbursements to Creditors | $25.00 |
| **TOTAL DISBURSEMENTS :** | **$44.90** |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/30/2017         By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**