# **<u>EXHIBIT A</u>**

| Fill in this information to identify the case: |
|---|
| Debtor 1    Octavio Rodriguez |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the:    Northern District of Illinois |
| Case number    16-16848 |

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Salvadore Quiroga
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Karen I. Engelhardt
Name
230 W. Monroe Street, Suite 2600
Number    Street
Chicago    IL    60606
City    State    ZIP Code
Contact phone 312-364-9400
Contact email kie@ask-attorneys.com

Where should payments to the creditor be sent? (if different)
Name
Number    Street
City    State    ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___ / ___ / _____
                                                                       MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   - ☑ No
   - ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?** $_____55,415.00_____. **Does this amount include interest or other charges?**
   - ☐ No
   - ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Wages

9. **Is all or part of the claim secured?**
   - ☑ No
   - ☐ Yes. The claim is secured by a lien on property.

     **Nature of property:**
     - ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
     - ☐ Motor vehicle
     - ☐ Other. Describe: _____

     **Basis for perfection:** _____
     Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

     **Value of property:** $_____
     **Amount of the claim that is secured:** $_____

     **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

     **Amount necessary to cure any default as of the date of the petition:** $_____

     **Annual Interest Rate** (when case was filed) _____ %
     - ☐ Fixed
     - ☐ Variable

10. **Is this claim based on a lease?**
    - ☑ No
    - ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**
    - ☑ No
    - ☐ Yes. Identify the property: _____

Official Form 410　　　　　　　　　　　　　**Proof of Claim**　　　　　　　　　　　　　page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No <br> ☑ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $         3,562.00 |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  05/10/2017
                  MM / DD / YYYY

**Karen I. Engelhardt**
Signature

**Print the name of the person who is completing and signing this claim:**

Name       Karen I. Engelhardt
           First name      Middle name      Last name

Title      attorney

Company    Allison, Slutsky & Kennedy, P.C.
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    230 W. Monroe Street, Suite 2600
           Number       Street
           Chicago,                          IL        60606
           City                              State     ZIP Code

Contact phone  312-364-9400            Email  kie@ask-attorneys.com

# PROOF OF CLAIM SALVADORE QUIROGA

Salvadore Quiroga is owed back wages from Little Village Car Wash, Inc., and from Octavio Rodriguez, debtor. For the period from May 2011 through October 2013, Quiroga worked full time receiving an average of approximately $5.97 per week.

For the period from May 1, 2011 through October 2013, (118 weeks) at the rate of $137.50, per week, $16,166.00 is owed for straight time and $9,735.00 is owed for overtime to Salvadore Quiroga, for a total of $25,901.00.

For the period from November 2013 through the end of business February 28, 2015, wages are owed for 16 weeks. Quiroga worked part time of 3 days a week, ten hours daily starting in November 2013, and received approximately $200.00 per week in tips. He is owed $25.60 for those 16 weeks.

| | | |
|---|---|---|
| **Unsecured claim** | May 1, 2011-February 2014 | $25,926.66 |
| | **Penalties for the employer's willful violation of 29 U.S.C. § 215 Under 29 U.S.C. § 216** | $25,926.66 |
| | Total | $51,853.26 |
| **Priority** | September 1, 2013 - February 28, 2014 [Amount includes 2 months or 8 weeks full-time, plus 4 months pt. time 3 days per week] | $1,781.00 |
| | **Penalties for the employer's willful violation of 29 U.S.C. § 215 Under 29 U.S.C. § 216** | $1,781.00 |
| | Total priority | $3,562.00 |
| | **TOTAL CLAIM** | $55,415.26 |

## POWER OF ATTORNEY TO EXECUTE CLAIM

I, __SALVADOR QUIROGA__, the undersigned, hereby confer power of attorney to Karen I. Engelhardt, of the law firm of Allison, Slutsky & Kennedy P.C., as true and lawful attorney-in-fact to sign or execute on my behalf, under applicable Bankruptcy Law, any claim, release or assignment to be filed in the bankruptcy, Re: Octavio Rodriguez, 16-316848, (which was filed on or about May 18, 2016). This power and authority shall remain in full effect unless and until written notice of termination is provided.

Date: __5/9/17__

By: _____

# Affidavit of Translation

STATE OF Illinois
COUNTY OF Cook

I, Manuel Diaz, am fluent in English and Spanish. I hereby certify that I have translated/verified the following document(s) which is/are attached to this Affidavit:

Power of attorney to execute Claim to alfredo Ramirez, Salvador Quiroga, miguel angel Fernandez and representation agreement

I further certify that, to the best of my knowledge, the attached document(s) in English is/are true and accurate translation of the attached document(s) in Spanish.

(Signature of Translator/Verifier)

Manuel Diaz
(Print Name)

Subscribed to and sworn before me this 9th day of May, 2017, by _____.

(Signature of Notary Public - State of Illinois)

Paula D. Edwards
(Print, type or stamp commissioned name of Notary Public)

"OFFICIAL SEAL"
Paula D. Edwards
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 05/16/2017