# **<u>EXHIBIT B</u>**

**Fill in this information to identify the case:**

Debtor 1: Octavio Rodriguez

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 16-16848

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Alfredo Ramirez
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Karen I. Engelhardt
Name
230 W. Monroe Street, Suite 2600
Number    Street
Chicago          IL       60606
City             State    ZIP Code

Contact phone 312-364-9400
Contact email kie@ask-attorneys.com

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street _____
City    State    ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ___/___/_____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                          Proof of Claim                          page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**

   ☑ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?** $_____39,520.00_. **Does this amount include interest or other charges?**
   ☐ No
   ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Wages

9. **Is all or part of the claim secured?**

   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $_____
   **Amount of the claim that is secured:** $_____

   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**

    ☑ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**

    ☑ No
    ☐ Yes. Identify the property: _____

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No <br> ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  05/10/2017
                  MM / DD / YYYY

Signature: **Karen I. Engelhardt**

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Karen I. Engelhardt | | |
| | First name | Middle name | Last name |
| Title | attorney | | |
| Company | Allison, Slutsky & Kennedy, P.C. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 230 W. Monroe Street, Suite 2600 | | |
| | Number  Street | | |
| | Chicago, | IL | 60606 |
| | City | State | ZIP Code |
| Contact phone | 312-364-9400 | Email | kie@ask-attorneys.com |

Official Form 410  Proof of Claim  page 3

## PROOF OF CLAIM ALFREDO RAMIREZ

Alfredo Ramirez is owed back wages from Little Village Car Wash, Inc., and from Octavio Rodriguez, debtor. The Illinois Department of Labor performed an audit covering the period from May 1, 2011 through March 30, 2013, identifying that wages are owed in the amount of $219.50 per week, plus overtime for a total of **$19,755.00**. (See attached, DOL audit in Case No. 16 L 10835).

**Unsecured claim**         DOL (audit) May 1, 2011-March 30, 2013 .. $19,755.00

Penalties for the employer's
willful violation of 29 U.S.C. § 215
Under 29 U.S.C. § 216 .................... $19,755.00

Total ..................... $39,520.00

| Name | Address | Date | Term | Amount | Fee | Payment | Interest | Total |
|---|---|---|---|---|---|---|---|---|
| MARTINEZ | ALFREDO RAMIREZ 3821 W. 58th Place Chicago, IL 60629 | 120825 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 120901 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 120908 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 120915 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 120922 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 120929 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121006 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121013 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121020 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121027 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121103 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121110 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121117 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121124 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121201 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121208 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121215 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121222 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 121229 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130105 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130112 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130119 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130126 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130202 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130209 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130216 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130223 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130302 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130309 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130316 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130323 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 130330 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | 110507 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | | | | | $19,755.00 |

| Date | | | | | |
|---|---|---|---|---|---|
| 110514 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110521 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110528 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110604 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110611 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110618 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110625 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110702 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110709 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110716 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110723 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110730 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110806 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110813 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110820 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110827 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110903 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110910 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110917 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 110924 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111001 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111008 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111015 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111022 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111029 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111105 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111112 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111119 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111126 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111203 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111210 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111217 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111224 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| 111231 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |

| Date | Days | Amount | Fee | Total | Balance |
|---|---|---|---|---|---|
| 120107 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120114 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120121 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120128 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120204 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120211 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120218 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120225 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120303 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120310 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120317 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120324 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120331 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120407 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120414 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120421 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120428 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120505 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120512 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120519 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120526 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120804 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120811 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120825 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120901 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120908 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120915 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120922 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 120929 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 121006 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 121013 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 121020 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 121027 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |
| 121103 | 60 | $358.00 | $5.97 | $137.00 | $219.50 |

| Last | First | Address | City | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BARRERA | PEDRO | 1528 N. Karlov | Chicago, IL 60651 | 110507 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 110514 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 110521 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 110528 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 110604 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 110611 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 110618 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 110625 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 110702 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 110709 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 110716 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 110723 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130330 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130323 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130316 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130309 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130302 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130223 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130216 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130209 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130202 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130126 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130119 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130112 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 130105 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 121229 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 121222 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 121215 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 121208 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 121201 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 121124 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 121117 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |
| | | | | 121110 | 60 | $358.00 | $5.97 | $137.00 | $82.50 | $219.50 |

$19,755.00

## POWER OF ATTORNEY TO EXECUTE CLAIM

I, __Alfredo Ramiez__, the undersigned, hereby confer power of attorney to Karen I. Engelhardt, of the law firm of Allison, Slutsky & Kennedy P.C., as true and lawful attorney-in-fact to sign or execute on my behalf, under applicable Bankruptcy Law, any claim, release or assignment to be filed in the bankruptcy, Re: <u>Octavio Rodriguez</u>, 16-316848, (which was filed on or about May 18, 2016). This power and authority shall remain in full effect unless and until written notice of termination is provided.

Date: 5-89-17

By: _Alfredo Ramirez_

## Affidavit of Translation

STATE OF  Illinois
COUNTY OF  Cook

I, Manuel Diaz, am fluent in English and Spanish. I hereby certify that I have translated/verified the following document(s) which is/are attached to this Affidavit:

Power of attorney to execute Claim to Alfredo Ramirez, Salvador Quiroga, Miguel Angel Fernandez and representation agreement

I further certify that, to the best of my knowledge, the attached document(s) in English is/are true and accurate translation of the attached document(s) in Spanish.

_(signature)_
(Signature of Translator/Verifier)

Manuel Diaz
(Print Name)

Subscribed to and sworn before me this 9th day of MAY, 2017, by _____.

_(signature)_
(Signature of Notary Public - State of Illinois)

Paula D. Edwards
(Print, type or stamp commissioned name of Notary Public)

"OFFICIAL SEAL"
Paula D. Edwards
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 05/16/2017