# **<u>EXHIBIT C</u>**

**Fill in this information to identify the case:**

Debtor 1　Octavio Rodriquez

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:　Northern District of Illinois

Case number　16-16848

# Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   Ricardo Moreno Zamudio
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor _____

2. **Has this claim been acquired from someone else?**
   ☑ No
   ☐ Yes. From whom? _____

3. **Where should notices and payments to the creditor be sent?**
   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   Where should notices to the creditor be sent?
   Karen I. Engelhardt
   Name
   230 W. Monroe Street, Suite 2600
   Number　Street
   Chicago　　　　　IL　　60606
   City　　　　　State　　ZIP Code
   Contact phone　(312) 364-9400
   Contact email　kie@ask-attorneys.com

   Where should payments to the creditor be sent? (if different)
   _____
   Name
   _____
   Number　Street
   _____
   City　　State　ZIP Code
   Contact phone _____
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

4. **Does this claim amend one already filed?**
   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) _____　Filed on _____
   　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**
   ☑ No
   ☐ Yes. Who made the earlier filing? _____

Official Form 410　　　　　　　　　　　Proof of Claim　　　　　　　　　　　page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $_____28,172.80_____. **Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Wages

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____
**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410 | **Proof of Claim** | page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☐ No<br>☑ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☑ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $        24,172.80 |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   05/11/2017
                   MM / DD / YYYY

/s/Karen I. Engelhardt
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Karen I. Engelhardt |
| | First name   Middle name   Last name |
| Title | Attorney |
| Company | Allison, Slutsky & Kennedy, P.C. |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 230 W. Monroe Street, Suite 2600 |
| | Number   Street |
| | Chicago                    IL    60606 |
| | City                      State  ZIP Code |
| Contact phone | 312 364-9400   Email kie@ask-attorneys.com |

Official Form 410 — Proof of Claim — page 3

## PROOF OF CLAIM RICARDO MORENO ZAMUDIO

Ricardo Moreno Zamudio is owed back wages from Little Village Car Wash, Inc., and from Octavio Rodriguez, debtor.

| | | |
|---|---|---|
| **Unsecured claim** | July 201--March 201 .................... | $2,000.00 |
| | Penalties for the employer's willful violation of 29 U.S.C. § 215 Under 29 U.S.C. § 216 .................... | $2,000.00 |
| | Total ..................... | $4,000.00 |
| Priority | Approx. June 2013 - February 28, 2015 .... | $12,086.40 |
| | Penalties for the employer's willful violation of 29 U.S.C. § 215 Under 29 U.S.C. § 216 .................... | $12,086.40 |
| | Total Priority .......................... | $24,172.80 |
| | TOTAL CLAIM ..................... | $28,172.80 |

## POWER OF ATTORNEY TO EXECUTE CLAIM

I, Ricardo Moreno Zamudio, the undersigned, hereby confer power of attorney to Karen I. Engelhardt, of the law firm of Allison, Slutsky & Kennedy P.C., as true and lawful attorney-in-fact to sign or execute on my behalf, under applicable Bankruptcy Law, any claim, release or assignment to be filed in the bankruptcy, Re: Octavio Rodriguez, 16-316848, (which was filed on or about May 18, 2016). This power and authority shall remain in full effect unless and until written notice of termination is provided.

Date: 05/11/2017

By: Ricardo Moreno Zamudio